EMMA B. NEWTON, Appellant, v. Dr. J. LEONARD WEISS and Another, Respondents.— Motion to modify judgment so as to eliminate costs granted. [See *ante*, p. 952.] Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BYRON GROVER, Appellant.— Appeal from a judgment of conviction against defendant for the crime of driving an automobile while intoxicated, committed as a second offense, in violation of section 70, subdivision 5, of the Vehicle and Traffic Law. The offense was alleged to have been committed on the 16th day of April, 1939, at the town of Cortlandville, Cortland county, N. Y. Defendant was tried in County Court on October 13, 1939, found guilty by a jury, and sentenced to a term of sixty days in the Cortland County Jail, and to pay a fine of $200. The evidence sustains the conviction beyond a reasonable doubt. No errors prejudicial to any substantial right of the defendant were committed on the trial. Judgment of conviction unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

SCHINE THEATRICAL CO., INC., Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY W. ROBINSON, FREDERICK C. SCHROEDER and GEORGE EDBURG, Individually and as Copartners Doing Business under the Firm Name and Style of H. W. ROBINSON AND COMPANY, Appellants, v. MARK GRAVES and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.